318 So.2d 772

**In re Stewart WEAVER**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTY. GENERAL.**

**SC 1430.**

Supreme Court of Alabama.

Sept. 11, 1975.

Rehearing Denied Oct. 2, 1975.

William J. Baxley, Atty. Gen., Kermit M. Downs, Asst. Atty. Gen., for the State, petitioner.

No appearance for respondent.

JONES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of

Criminal Appeals to review and revise the judgment and decision of that Court in *Weaver v. State*, 56 Ala.App. 29, 318 So. 2d 768.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.